USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2024_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| David Bailey,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>Garage Management Company LLC,<br><br>　　　　　　　　　　　Defendant. | Civ. Action #: 24-CV-06610<br>(AT)(SN)<br><br>**JUDGMENT** |

　　　A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 23, 2024; and Defendant Garage Management Company LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff David Bailey in the amount of $30,480.00, inclusive of all penalties, interest, costs and attorney fees;

　　　ORDERED and ADJUDGED that judgment is entered in favor of David Bailey and against Defendant Garage Management Company LLC, in the amount of $30,480.00, inclusive of all penalties, interest, costs and attorney fees.

**Dated: December  30,  2024**
**　　　　　New York, New York**

_____
ANALISA TORRES
United States District Judge